UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| BLANCA FRIAS, JORGE A. GARCIA, AND ARMANDO J. MARTINEZ, INDIVIDUALLY AND AS NEXT FRIEND FOR JOHN DOE 1, A MINOR, AND JANE DOE 1, A MINOR, *Plaintiffs* § § § § § § § § § vs. § § § STEELHORSE FREIGHT SERVICES, § INC., AND RAVINDER SINGH § *Defendants* | Cause No. 5:19-CV-345P-OLG JURY TRIAL DEMANDED |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

TO THE HONORABLE ORLANDO GARCIA:

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure Plaintiffs, Blanca Frias, Jorge A. Garcia, and Armando J. Martinez, Individually, and as Next Friend for John Doe 1, a minor, and Jane Doe 1, a minor files this voluntary notice of dismissal with prejudice against Defendants Steelhorse Freight Services, Inc., and Ravinder Singh and would state as follows:

On April 3, 2019, Plaintiff's filed Plaintiff's Original Complaint and Jury Demand. (Dkt. No. 1). Defendant Steelhorse Freight Services was properly served. Plaintiff invoked the Federal Motor Carrier Act which requires Steelhorse Freight Services, Inc., to "[designate] an agent in each State in which it operates…on whom service of process issued by a court with subject matter jurisdiction may be brought…." 49 U.S.C.A. § 13304(a). (Dkt. No. 1). Steelhorse made the Texas designation as required by the Motor Carrier Act. Therefore, said Defendant was served

with process by serving its agent, Jeffrey Fultz, at 10343 Sam Houston Park Drive, Suite 210, Houston, Harris County, Texas 77064.

Defendant, Ravinder Singh, is a foreign national and a citizen of the Province of Alberta, Canada.  This Defendant is a nonresident of the state of Texas and was served by serving a copy of this action on the Chairman of the Texas Transportation Commission of the Texas Transportation Commission, as the agent for service of process for said Defendant, pursuant to the provisions of the Texas Civil Practice and Remedies Code, Section 17.062, et. seq.

Neither Defendant Steelhorse Freight Services, Inc., nor Defendant Ravinder Singh has served either an answer or a motion for summary judgment.

On July 31, 2019, the parties reached a resolution and Plaintiffs no longer wish to pursue their claims against Defendants.

Accordingly, Plaintiff respectfully requests this Court to dismiss with prejudice Plaintiff's claims against Defendant Steelhorse Freight Services, Inc and Defendant Ravinder Singh.

WHEREFORE, Plaintiffs, Blanca Frias, Jorge A. Garcia, and Armando J. Martinez, Individually, and as Next Friend for John Doe 1, a minor, and Jane Doe 1, a minor respectfully request that the Court grant her motion to dismiss with prejudice claims against Defendants Steelhorse Freight Services, Inc., and Ravinder Singh.

Respectfully submitted,

LAW OFFICES OF FIDEL RODRIGUEZ, JR.
111 Soledad, Suite 1300
San Antonio, Texas 78205
(210) 224-1057; Telephone
(210) 224-0533; Facsimile

BY:    */s/ Nadine G. Rodriguez*
       FIDEL RODRIGUEZ, JR.
       State Bar No. 17145500
       fidel@fidrodlaw.com
       NADINE G. RODRIGUEZ
       State Bar No. 2409672
       nadine@fidrodlaw.com
       ATTORNEYS FOR PLAINTIFF